# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN A. KROMER,

Defendant.

Case No.: 2:26-cr-00110-RFB-MDC

**ORDER**

This matter coming on the parties' stipulation for the entry of an Order designating the case as complex under LCR 16-1(a), continuing the trial date and scheduling pretrial matters, the premises therein having been considered by the Court, and for good cause showing, the Court accepts the Stipulation of the parties and **ORDERS** as follows:

1. This matter is designated as complex under Title 18, United States Code, Section 3161(h)(7)(B)(ii), and LCR 16-1(a), for the reasons set forth in the Stipulation.
2. The current trial setting of **September 14, 2026**, with Calendar Call of **August 18, 2026**, are **VACATED** and **CONTINUED.**
3. Trial of this matter shall commence at **8:30 a.m.**, on **April 5, 2027**, with Calendar Call set for **1:00 p.m.**, on **March 9, 2027**, all in Courtroom 7C, Lloyd D. George Courthouse, Las Vegas, Nevada.

4. This matter being designated complex, all delay necessitated by the continuance of this matter shall be, and is, excluded under Title 18, United States Code, Section 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the defendant and the public in a speedy trial when considering the factors delineated in Title 18, United States Code, Sections 3161(h)(7)(B)(i), (ii) and (iv).
5. The parties shall file any and all Rule 12 Pretrial Motions on or before **December 1, 2026**. Any and all Responses thereto shall be filed on or before **December 15, 2026**. Any and all Replies shall be filed on or before **December 22, 2026**.
6. Motions in Limine are due **February 12, 2027,** with responses due **February 26, 2027.** Replies may only be filed with leave of the Court.
7. Trial briefs, proposed voir dire questions, proposed jury instructions and exhibit and witness lists must be filed by **February 26, 2027**.
8. Finally, a Joint Status Report as to Parties' preparedness to proceed to trial is due on or before **February 1, 2027**. The Filing of a Stipulation or the request for a Change of plea hearing (if applicable) will vacate the requirement of a Joint Status Report.
9. All other scheduling matters shall be accomplished as set forth in the Stipulation.

**IT IS SO ORDERED** this 21st day of July, 2026.

HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE